**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samir Aghar, | No. CV-25-03147-PHX-KML (CDB) |
|       Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
|       Respondents. | |

One of the claims alleged by petitioner Samir Aghar is "respondents did not consider him for placement in any other setting but a jail once [he] turned 18 years old." (Doc. 13 at 1.) According to respondents, that claim fails on its merits because "[o]n April 17, 2025, [U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations] completed an Age-Out Review" that concluded "the least restrictive placement [for Aghar] was detention." (Doc. 12-1 at 2-3.) That review also "determined [Aghar] to be a danger to the community and a flight risk." (Doc. 12-1 at 3.) Aghar requests the court order respondents "to produce all documentation in their possession that relates to this 'Age-Out Review' and the ultimate conclusion that Mr. Aghar should be jailed." (Doc. 13 at 2.)

The requested discovery will directly impact, and possibly foreclose, one of Aghar's claims. The requested discovery is targeted and should be readily available considering respondents reference that information in opposing the petition. There is good cause to require the production of the requested information. *Bracy v. Gramley*, 520 U.S. 899, 909 (1997) (simplified).

**IT IS ORDERED** the Motion for Discovery (Doc. 13) is **GRANTED**. Respondents shall produce no later than **September 18, 2025**, all documentation in their possession that relates to petitioner's Age-Out Review and the conclusion that he should be detained as described in paragraph eleven of the declaration of Brian Ortega.

**IT IS FURTHER ORDERED** petitioner shall file his reply in support of his motion for temporary restraining order no later than **September 25, 2025**.

Dated this 12th day of September, 2025.

Honorable Krissa M. Lanham
United States District Judge

- 2 -